UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA F. BUSTOS, | ) | Case No. CV 12-4016-DMG (PJW) |
| Petitioner | ) | JUDGMENT |
| v. | ) | |
| WALTER MILLER, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Motion for Extension of Time to File Habeas Petition and Dismissing Matter Without Prejudice,"

IT IS ADJUDGED that the Motion is denied and the matter is dismissed without prejudice.

DATED: June 12, 2012.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA12CV04016DMG(PJW)_Bustos_Ord and Jmt.wpd